C. M. GILES v. CITY OF TULSA.
No. A-3865.    Opinion Filed Feb. 17, 1923.
(212 Pac. 1116.)

Appeal from Municipal Criminal Court of Tulsa; F. D. Prentice, Judge.

C. M. Giles was convicted of vagrancy, and he appeals. Affirmed.

D. M. Martindale, for plaintiff in error.

PER CURIAM. Plaintiff in error was convicted in the municipal criminal court of the city of Tulsa on a charge of vagrancy, and was sentenced to pay a fine of $19. From the judgment rendered on the 9th day of August, 1920, an appeal by case-made with petition in error attached was filed in this court on October 8, 1920. No brief has been filed. An examination of the record discloses no prejudicial error, and the judgment is therefore affirmed. Mandate forthwith.